**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Angelina Morgan Mane, et al,

Plaintiff,

vs.

Tri-City Healthcare District, et al,

Defendants.

CASE NO. 05cv0397-WQH(CAB)

**ORDER TAXING COSTS**

Upon application of United States of America, a hearing for taxation of costs was held on Wednesday, September 20, 2006. Penelope Phillips representing plaintiffs, and Steven Poliakoff and Richard Tolles, representing defendants, appeared telephonically.

The cost for the Condensed Transcript on the invoice for the deposition of H. Richard Adams, MD in the amount of $10.00 is denied. The cost for the "litigation support pack" on the invoice for the deposition of David R. Schmottlach, MD in the amount of $20.00 is denied.

Costs are taxed as follows:

| ***Description*** | ***Amount(s) Requested*** | ***Amount(s) Taxed*** |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | | |
| Fees of the court reporter | | |

| | | |
|---|---|---|
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | $8,289.84 | $8,259.84 |
| ***TOTAL COSTS TAXED*** in favor of United States of America | | $8,259.84 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: September 20, 2006

W. Samuel Hamrick, Jr., Clerk of Court

*s/ N. Prewitt*
N. Prewitt, CRD Supervisor