**Brierton, Jones & Jones, LLP**
**B. James Brierton (SBN 053216)**
**1550 Hotel Circle North, Suite 300**
**San Diego, California 92101-2909**
**Telephone: (619) 696-7066**
**Facsimile:   (619) 696-6907**

FILED

06 SEP 29  AM 11: 04

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Attorneys for Marjan Mane, as Guardian Ad Litem for Angelina Morgan Mane

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA MORGAN MANE, by and through) her Guardian Ad Litem, MARJAN MANE, JANA LARSEN MANE and GEORGE MANE,<br><br>Plaintiffs,<br>v.<br>TRI-CITY HEALTH CARE DISTRICT, RAHELE MAZAREI, D.O., and the UNITED SATES OF AMERICA,<br><br>Defendants. | ) CASE NO. 05cv0397-WQH(CAB)<br>)<br>) **ERRATUM: INCORRECT**<br>) **ANNUITY COMPANY**<br>) **INADVERTENTLY**<br>) **INSERTED IN THE ORDER**<br>) **APPROVING COMPROMISE**<br>) **OF MINOR'S CLAIM;**<br>) **REQUEST TO INSERT**<br>) **PACIFIC LIFE AND**<br>) **ANNUITY COMPANY IN**<br>) **PARAGRAPH 11(B) OF THE**<br>) **ORDER APPROVING**<br>) **COMPROMISE OF MINOR'S**<br>) **CLAIM; DECLARATION OF**<br>) **OF B. JAMES BRIERTON**<br>) |

I, B. James Brierton, hereby declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of California.

I am the attorney of record for Plaintiff, Angelina Morgan Mane. I have personal knowledge

of all matters stated herein and if called upon to testify, I would be a competent witness.

ERRATUM: INCORRECT LIFE
INSURANCE COMPANY INSERTED



2   On August 4, 2006, I caused to be filed with this Court an Order Approving Compromise of Minor's Claim.

3. Said Order contains the name of American General Life Insurance Company on page 3, Paragraph 11 (B).

4 After having filed said Order Approving Compromise of Minor's Claim, I realized I inadvertently inserted the incorrect Life Insurance Company's name.

5. Attached hereto is a true and correct copy of the Order Approving Compromise of Minor's Claim.

6. I hereby respectfully request that the Order Approving Compromise of Minor Claim, attached hereto, be filed and deemed to have been filed as if the Pacific Life and Annuity Company had been inserted in the original pleading.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: Sept. 21, 2006                    _____
                                         B. JAMES BRIERTON, ESQ.

**IT IS HEREBY ORDERED** that Pacific Life and Annuity Company on page 3, Paragraph 11(B) of the Order Approving Compromise of Minor's Claim attached hereto, be filed and deemed to have been filed as if inserted on the original pleading.

DATED: ___9/29/06___                     _____
                                         JUDGE OF THE UNITED STATES
                                         DISTRICT COURT

ERRATUM: INCORRECT LIFE
INSURANCE COMPANY INSERTED               2

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA MORGAN MANE, by and through her Guardian Ad Litem, MARJAN MANE, JANA LARSEN MANE and GEORGE MANE, <br><br>     Plaintiffs, <br>       v. <br> TRI-CITY HEALTH CARE DISTRICT, RAHELE MAZAREI, D.O., and the UNITED SATES OF AMERICA, <br><br>     Defendants. | ) <br> ) CASE NO. 05cv0397-WQH(CAB) <br> ) <br> ) **ORDER APPROVING** <br> ) **COMPROMISE OF** <br> ) **MINOR'S CLAIM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Ex Parte Petition to Approve Compromise of Minor's Claim of Petitioner, Marjan Mane, was filed and submitted for decision on July 6, 2006. The matter was reviewed and decided in Department 4, of the above referenced court before the Honorable William Q. Hayes, Judge Presiding. Kenneth M. Sigelman, Esq. of Kenneth M. Sigelman & Associates appeared for Petitioner, Marjan Mane, and no other appearances were made. Proper notice

**Order Approving Creation of the 2006 Irrevocable**
**Angelina Morgan Mane Special Needs Trust**

having been given and no objections having been made, the court finds and orders as follows.

**FINDINGS:**

1. Petitioner, Marjan Mane, is the Guardian Ad Litem for Angeline Morgan Mane, a Minor

2. Angelina was severely injured at birth as a direct and proximate result of the medical care provided her and her mother during the birth process.

3. On October 28, 2004, Petitioner, as Guardian Ad Litem for Angelina, Jana Larsen Mane, Angelina's mother' and George Mane, Angelina's father, filed a law suit in the above Court (hereafter "the Civil Action"), in which plaintiffs alleged various causes of action against the named defendants for damages resulting from the medical care provided during the birth process. The Civil Action is pending before this Court.

4. On or about April 18, 2006, plaintiffs reached a settlement with defendant, Rahele Mazarei, D.O., in the amount of $1,000,000 ("the Mazarei Settlement") . On or about May 2006, plaintiffs reached a settlement with defendant, Tri City Healthcare District, in the amount of $2,800,000 (" the Tri-City Settlement") . By the terms of the both settlements, both he Mazarei Settlement and the Tri-City Settlement are subject to approval by this Court under applicable Federal and State Law.

5. It is fair and reasonable to allocate 100% of the Mazarei Settlement ($1,000,000) to Angelina, and to allocate the Tri City Settlement 90.8% ($2,450,000) to Angelina; 6.6% ($250,000) to plaintiff, Jana Larsen Mane for extreme emotional and psychological pain from trauma associated with Angelina's birth and complete hysterectomy; and 2.6% ($100,000) to plaintiff, George Mane as settlement on his loss of consortium claim.

7. During the prosecution of the Civil Action, Kenneth M. Sigelman & Associates has

**Order Approving Creation of the 2006 Irrevocable**
**Angelina Morgan Mane Special Needs Trust**          2

advanced litigation costs to date in the total amount of $108,153.73. The *pro rata* share of the litigation costs to Angelina's Claim is $98,203.59. The court finds that the costs are reasonable and shall be allowed.

8. The Department of Health Services, State of California, has a Medi-Cal lien against Angelina's Claim in the amount of $188,499.39. There are no other liens known to exist in this case. After statutory reductions for attorneys fees and costs, the court finds that the net amount due the State of California on the Medi-Cal lien is $135,973.39 and this lien shall be paid from the settlement proceeds allocated to Angelina.

9. Kenneth M. Sigelman & Associates, the litigation attorneys for Petitioner, as Guardian Ad Litem for Angelina, prosecuted the Civil Action under a contingent fee agreement. The Fee Agreement, by its terms, limits the attorneys fees in their representation of Angelina to the percentages and amount allowed under the Medical Injury Compensation Reform Act at California, at Business & Professions Code (hereafter "B & P") §6146, *et. seq.*. The total fee to which Kenneth M. Sigelman & Associates is entitled under the Fee Agreement and B. & P. §6146 for their representation of 'Angelina is the sum of $563,186.12.

10. The Civil Action has not been compromised and settled against one remaining defendant, namely, the United States of America.. As explained in the Declaration of Attorney Sigelman filed herewith, Attorney Sigelman estimates that as much as $75,000 in additional litigation costs may be incurred in prosecuting the action against this remaining defendant. As requested, Petitioner is authorized to withhold the sum of $75,000.00 from the settlement funds apportioned to Angelina to cover her share of anticipated litigation costs to prosecute the Civil Action against the remaining defendant, the United States of America. Petitioner shall account for

these funds and will seek this Court's approval of all litigation costs incurred when the Civil Action is finally resolved.

11. The net settlement amount distributable to Angelina in the settlements presented in this Petition is $2,577,636.90, and the best interests of the Minor will be promoted by the following proposed structured settlement:

A. Cash distribution in the amount of $1,577,636.90.

B. The sum of one-million dollars ($1,000,000) to be used to purchase a single premium annuity from Pacific Life and Annuity Company (hereafter "the Pacific Life Annuity"). The substantive terms of the Pacific Life Annuity are as follows:

i) Commencing August 1, 2006, Angelina will receive a monthly payment of $5,410.14 with a 2% annual cost of living increase;

ii) The income stream will make monthly payments for a guaranteed period of fifteen years or Angelina's life time;

iii) The minimum guaranteed payout on the annuity (15 year guarantee period) is $1,122,717, and the payout based on Angelina's life expectancy is $13,521,234.

12. As a consequence of her substantial handicaps as alleged above, Angelina is a person for whom a conservatorship could be established pursuant to California Probate Code, Section 1801, when Angelina reaches the age of majority.

13. As a consequence of Angelina's substantial disabilities, Angelina has been eligible for, and has received, the public benefits commonly known as Medi-Cal (hereafter "Public Benefits").

14. Angelina has special needs which have not, and will not, be met by the Public Benefits which she has received or which she may be entitled to receive in the future.

15.   Petitioner proposes to establish a so-called "Special Needs Trust in order to provide for the special needs of Angelina and as a statutory procedure to manage the net settlement proceeds allocated to Angelina in in accordance with  California Probate Code §§ 3610-3611 and 3604",    The hearing on the  Petition to Approve Creation of the 2006 Angelina Morgan Mane Special Needs Trust ("the Trust") has been set for hearing on August 28, 2006, before this Court. Pending this Court's approval and creation of the Trust,  any settlement funds allocated to Angelina shall be distributed into the client trust account of Petitioner's litigation attorneys, Kenneth M. Sigelman & Associates.

16.   There is no existing guardianship of person or estate of Angelina.

17.   Angelina  is not a patient in, or on leave from, a hospital under either the jurisdiction of the State Department of Mental health or State Department of Developmental Services.

**IT IS SO ORDERED** that

1.  The settlement with defendant, Rahele Mazarei, D.O. , in the amount of $1,000,000 is approved.

2.  The settlement with defendant, Tri City Healthcare District, in the amount of $2,800,000 is approved.

3.    The entire settlement of $1,000,000 with defendant, Rahele Mazarei, D.O. shall be allocated entirely to Plaintiff, Angelina Morgan Mane, a Minor.

4.  The settlement with Tri City Healthcare District shall be apportioned in the following percentages and amounts:

i)  90.8% in the amount of $2,450,000 to Angelina Morgan Mane, a Minor;

ii) 6.6% in the amount of $250,000 to plaintiff, Jana Larsen Mane;

**Order Approving Creation of the 2006 Irrevocable Angelina Morgan Mane Special Needs Trust**          5

iii) 2.6% in the amount of $100,000 to plaintiff, George Mane.

5. The court authorizes and directs that litigation costs be allocated against the settlement of Angelina Morgan Mane, a Minor, in the amount of $98,203.59.

6. The Court authorizes and directs payment of attorney fees in the amount of $563,186.12 to the law firm of Kenneth M. Sigelman & Associates, for its representation of Petitioner, as Guardian Ad Litem for Angelina Morgan Mane, a Minor.

7. The Court authorizes the law firm of Kenneth M. Sigelman & Associates to withhold the sum of $75,000 from the settlement funds allocated to Angelina Morgan Mane, a Minor, for additional litigation costs and directs the attorneys to account to this Court for these funds at the time of settlement or after judgment on the Claim of the Minor.

8. Pending the court's approval of the 2006 Angelina Morgan Mane Special Needs Trust or as may otherwise be ordered by the court, the Court orders that the settlement funds distributable to the Minor, Angelina Morgan Mane, be distributed to and held in the client trust account of Petitioner's counsel, Kenneth M. Sigelman.

Dated: _____

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

**Order Approving Creation of the 2006 Irrevocable**
**Angelina Morgan Mane Special Needs Trust**          6

**Brierton, Jones & Jones, LLP**
**B. James Brierton (SBN 053216)**
**1550 Hotel Circle North, Suite 300**
**San Diego, California 92101-2909**
**Telephone: (619) 696-7066**
**Facsimile:   (619) 696-6907**

Attorneys for Marjan Mane, as Guardian Ad Litem for Angelina Morgan Mane

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ANGELINA MORGAN MANE, by and through
her Guardian Ad Litem, MARJAN MANE,
JANA LARSEN MANE and GEORGE
MANE,

vs.

TRI-CITY HEALTH CARE DISTRICT,
RAHELE MAZAREI, D.O., and the
UNITED SATES OF AMERICA,
    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 05cv0397-WQH(CAB)

**PROOF OF SERVICE**
**BY MAIL**

    I, Beverly E. Sargent, declare that I am over the age of eighteen years and not a party

in this action.  I am employed in the County of San Diego, California where the mailing

occurred and my business address is 1550 Hotel Circle North, Suite 300, San Diego,

California  92108-2911.

    I further declare that I am readily familiar with this business' practice for collecting

and processing correspondence for mailing.  On the same day that correspondence is placed

**Proof of Service By Mail**               1

for collection and mailing, it is deposited in the ordinary course of business with the United

States Postal Service in a sealed envelope with postage fully prepaid.

I served the following documents:

**ERRATUM: INCORRECT ANNUITY COMPANY INADVERTENTLY INSERTED IN THE ORDER APPROVING COMPROMISE OF MINOR'S CLAIM; REQUEST TO INSERT PACIFIC LIFE AND ANNUITY COMPANY IN PARAGRAPH 11(B) OF THE ORDER APPROVING COMPROMISE OF MINOR'S CLAIM; DECLARATION OF B. JAMES BRIERTON**

on each person by placing a true copy of this document in a separate envelope addressed to

each addressee, respectively, as follows:

**Marjan Mane, Guardian Ad Litem**
**for Angelina Morgan Mane**
**1722 Shadow Mountain Drive**
**Encinitas, CA 92024**

**George Mane**
**1722 Shadow Mountain Drive**
**Encinitas, CA 92024**

**Jana Larsen Mane**
**1722 Shadow Mountain Drive**
**Encinitas, CA 92024**

**First American Trust, Trustee**
**c/o Carol Powers**
**16796 Bernardo Center Drive**
**San Diego, CA 92`28**

I then sealed each envelope and, with postage thereon fully prepaid, I placed each for

deposit in the United States Postal Service, this same day, at my business address shown

above, following ordinary business practices.

/ / / / /

/ / / / /

**Proof of Service By Mail**                              2

1

     I declare under penalty of perjury under the laws of the State of California that the

2

foregoing is true and correct.  Executed on September 21, 2006.

3

4

                  BEVERLY E. SARGENT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **Proof of Service By Mail**             3